ACCEPTED
01-13-00963-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 3:26:59 PM
CHRISTOPHER PRINE
CLERK

**No. 01-13-00963-CV**

IN THE FIRST COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/22/2015 3:26:59 PM

CHRISTOPHER A. PRINE
Clerk

_____

**MEDICAL DISCOUNT PHARMACY, L.P., LIFECHEK ROSENBERG GP, INC., LIFECHEK, INC., AND BRUCE V. GINGRICH, INDIVIDUALLY,**

**Appellants,**

**v.**

**STATE OF TEXAS,**

**Appellee**

_____

On Appeal from Cause No. 12-DCV-196841
In the 434th District Court of Fort Bend County, Texas
_____

**APPELLEE'S MOTION FOR REHEARING**

_____

Rosemarie Donnelly
Assistant Attorney General
State Bar No. 05983020
Office of the Attorney General of Texas
Consumer Protection Division
808 Travis, #1520
Houston, Texas  77002
Phone:  713-225-8919
Fax:  713-223-5821
rosemarie.donnelly@texasattorneygeneral.gov

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee, the State of Texas, respectfully submits this Motion for Rehearing in response to the judgment and opinion issued by the Court on July 7, 2015, and requests that the Court consider the following issue:

## ISSUE PRESENTED FOR REVIEW

Issue 1     The Court of Appeals erred in rendering judgment that the State of Texas take nothing on its claims against Lifechek Rosenberg GP, Inc. instead of finding that as general partner Lifechek Rosenberg GP, Inc. is jointly and severally liable for the portion of the judgment rendered against the limited partnership, Medical Discount Pharmacy, L.P.

## ARGUMENT

The judgment of the Court of Appeals erroneously renders judgment that the State of Texas take nothing on its claims against Lifechek Rosenberg GP, Inc. The judgment of the Court of Appeals should be corrected to state that Lifechek Rosenberg GP, Inc., as general partner of Medical Discount Pharmacy, L.P., is jointly and severally liable for the judgment rendered against the limited partnership, Medical Discount Pharmacy, L.P.

Even if Lifechek Rosenberg has no independent liability in this case, it nevertheless is jointly and severally liable for the judgment rendered against the limited partnership, Medical Discount Pharmacy, L.P. Under Texas limited partnership law, generally "a general partner of a limited partnership has the

2

liabilities of a partner in a partnership without limited partners to a person other than the partnership or other partners." Tex. Bus. Org. Code §153.152(b) (formerly Tex. Rev. Limited Partnership Act § 4.03(b)). A general partner may be sued in the same action as the limited partnership or in a separate action and may be jointly and severally liable for the obligations of the limited partnership, including judgments. Tex. Bus. Org. Code §152.304(a); §152.305;§152.306. *See e.g., In re Anzalduas Bus. Park, L.P.*, 494 B.R. 704, 713 (Bankr. S.D. Tex. 2013).

Section 152.306(a) of the Texas Business Organizations Code states that "[a] judgment may be entered against a partner who has been served with process in a suit against the partnership." Tex. Bus. Org. Code §152.306(a). Subsection (b) provides that a judgment creditor "may proceed against one or more partners or the property of the partners to satisfy a judgment based on a claim against the partnership only if a judgment:

(1) is also obtained against the partner; and

(2) based on the same claim:

    (A)   is obtained against the partnership;

    (B)   has not been reversed or vacated; and

    (C)   remains unsatisfied for 90 days after:

        (i)   the date on which the judgment is entered; or

> > > (ii) the date on which the stay expires, if the judgment is contested by appropriate proceedings and execution on the judgment is stayed."

Tex. Bus. Org. Code §152.306(b). *See American Star Energy & Minerals Corp. v. Stowers*, 457 S.W.3d 427, 429-30 (Tex. 2015).

The State respectfully requests that the judgment be corrected to state that Lifechek Rosenberg GP, Inc., as general partner of Medical Discount Pharmacy, L.P., is jointly and severally liable for the judgment rendered against Medical Discount Pharmacy, L.P. In this case, it was undisputed that Lifechek Rosenberg GP, Inc. was the general partner of Medical Discount Pharmacy, L.P. (Memorandum Opinion, p. 2; Appellants' Reply Brief, pp. 9-10; PX 58 (p.1), RR 10:763-769 (admitted at RR 3:18)). Lifechek Rosenberg GP, Inc. was named in the underlying lawsuit as general partner of Medical Discount Pharmacy, L.P. and served with process. (CR 11, 13, 26, 34, 36, 90, 91) Therefore, Lifechek Rosenberg GP, Inc. had notice of its potential liability as general partner and should be named in the judgment as jointly and severally liable for the judgment against Medical Discount Pharmacy, L.P. *See KAO Holdings, L.P. v. Young*, 261 S.W.3d 60, 63 (Tex. 2008).

## PRAYER

For the reasons stated, Appellee, the State of Texas, requests that the Court grant this Motion for Rehearing and correct the Court's judgment to i) delete the portion which states that the State of Texas take nothing on its claims against Lifechek Rosenberg GP, Inc., and ii) add that Lifechek Rosenberg GP, Inc. is jointly and severally liable for the judgment rendered against Medical Discount Pharmacy, L.P.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

TOMMY PRUD'HOMME
Chief, Consumer Protection Division

/s/ Rosemarie Donnelly
_____
Rosemarie Donnelly
Assistant Attorney General
State Bar No. 05983020
Assistant Attorney General
Consumer Protection Division
808 Travis, Suite 1520
Houston, Texas 77002

Telephone (713) 225-8919
Facsimile (713) 223-5821
rosemarie.donnelly@
texasattorneygeneral.gov

**ATTORNEYS FOR APPELLEE,
THE STATE OF TEXAS**

## CERTIFICATE OF COMPLIANCE

This is to certify that, based upon the Word program used, the text of the foregoing Motion contains 635 words.

/s/ Rosemarie Donnelly

_____

Rosemarie Donnelly

## CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2015, a true and correct copy of the Motion for Rehearing was served to the following:

Bruce E. Ramage – *via email and e-filing*
Levon G. Hovnatanian – *via email and e-filing*
Martin, Disiere, Jefferson & Wisdom, L.L.P
808 Travis, #1800
Houston, Texas  77002
*Attorneys for Appellants Medical Discount Pharmacy, L.P., LifeChek Rosenberg GP, Inc., LifeChek, Inc., and Bruce V. Gingrich, Individually*

_____/s/ Rosemarie Donnelly__
Rosemarie Donnelly